# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No. 24-mj-26-01-AJ
INFORMATION ASSOCIATED WITH THE ACCOUNT )
andrewgrillo6@gmail.com THAT IS STORED AT )
PREMISES CONTROLLED BY GOOGLE LLC )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | Impersonation of an officer or employee of the United States |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brandon Wilson
*Applicant's signature*

Deputy U.S. Marshal Brandon Wilson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic conference *(specify reliable electronic means)*.

Date: **Feb 14, 2024**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, NH

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*